Ray Elbert PARKER, Plaintiff-Appellant,

v.

HUNTING POINT APARTMENTS, LLC, a/k/a Bridgeyard Apartments, a Delaware Corporation affiliate of The Laramar Group, doing business in Virginia as a foreign LLC; Hunting Point Apartments, LLC (Illinois Based), a Delaware Corporation affiliate of the Chicago, Illinois bases, The Laramar Group; Jeff Elowe, President/CEO, individually and on behalf of the Laramar Group officials as follows, Keith Harris, Marc Jason, Tome Klaess, Steve Boyack, Bennett Neuman, Sr., Ben Slad, Scott McMillan; Gina McCarthy, the Honorable, Administrator, individually and on behalf of Shawn M. Gavin, Region 3 Administrator and all Region 3 officials individually, Defendants-Appellees,

and

Ira Lubert; Dean Adler, Defendants.

Ray Elbert Parker, Plaintiff-Appellant,

v.

Hunting Point Apartments, LLC, a/k/a Bridgeyard Apartments, a Delaware Corporation affiliate of The Laramar Group, doing business in Virginia as a foreign LLC; Hunting Point Apartments, LLC (Illinois Based), a Delaware Corporation affiliate of the Chicago, Illinois bases, The Laramar

---

Group; Jeff Elowe, President/CEO, individually and on behalf of the Laramar Group officials as follows, Keith Harris, Marc Jason, Tome Klaess, Steve Boyack, Bennett Neuman, Sr., Ben Slad, Scott McMillan; Gina McCarthy, the Honorable, Administrator, individually and on behalf of Shawn M. Gavin, Region 3 Administrator and all Region 3 officials individually, Defendants-Appellees,

and

Ira Lubert; Dean Adler, Defendants.

No. 15-2445, No. 16-2153

United States Court of Appeals, Fourth Circuit.

Submitted: January 24, 2017

Decided: February 7, 2017

Ray Elbert Parker, Appellant Pro Se. Eric Lawrence Klein, Wilson Parker Moore, Harold L. Segall, Beveridge & Diamond, PC, Washington, D.C.; Dennis Carl Barghaan, Jr., Assistant United States Attorney, Tasha Victoria Gibbs, Special Assistant United States Attorney, Melissa Elaine Goforth Koenig, Office of the United States Attorney, Alexandria, Virginia, for Appellees.

Before KING and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ray Elbert Parker appeals the district court's orders granting Defendants' motion to dismiss Parker's amended complaint, denying his Fed. R. Civ. P. 59(e) motion, granting Defendants' motion for a prefiling injunction against Parker, and affirming the magistrate judge's order denying Parker's motion for sanctions. We have reviewed Parker's arguments in their entirety and the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Parker v. Hunting Point Apartments, LLC, No. 1:15-cv-00590-CMH-IDD (E.D. Va. Sept. 8, 2015; Oct. 19, 2015; Oct. 27, 2015; July 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED